UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-523** |
| | : | |
| **REGINALD DEVON COOPER,** | : | **VIOLATIONS:** |
| **DANIEL MICHAEL AUGBURN,** and | : | **18 U.S.C. § 1951** |
| **RASHAAD ROBINSON,** | : | **(Interference with Interstate** |
| | : | **Commerce by Robbery)** |
| **Defendants.** | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| | : | **(Using, Carrying, Brandishing, and** |
| | : | **Possessing a Firearm During and in** |
| | : | **Relation to a Crime of Violence)** |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 26, 2021, in the District of Columbia, defendants **REGINALD DEVON COOPER, DANIEL MICHAEL AUGBURN,** and **RASHAAD ROBINSON**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants **REGINALD DEVON COOPER, DANIEL MICHAEL AUGBURN,** and **RASHAAD ROBINSON**, did unlawfully take and obtain personal property consisting of U.S. currency and marijuana products belonging to the "DC Exotica" store located at 734 7th Street, SE, #2, Washington, D.C., from the presence of an agent against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his

person, while the agent was engaged in commercial activities as an agent of the "DC Exotica" store, that is engaged in activities that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

### COUNT TWO

On or about June 26, 2021, within the District of Columbia, defendants **REGINALD DEVON COOPER** and **RASHAAD ROBINSON**, did unlawfully and knowingly use, carry, and brandish a firearm during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count One of this indictment, which is incorporated herein, a firearm.

**(Using, Carrying, Brandishing, and Possessing a Firearm During and in Relation to a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips* /GPR
Attorney of the United States in
and for the District of Columbia